UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| ABDELAZIZ BENNOUR,<br>Petitioner<br><br>v.<br><br>BRUCE CHADBOURNE, FIELD<br>Office Director, BUREAU OF<br>Immigration AND CUSTOMS<br>Enforcement, UNITED STATES<br>Department of Homeland Security, | CIV. NO. 04-12149-MLW<br><br>FILED<br>IN CLERKS OFFICE<br><br>2005 FEB -1  A 9:39<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS |

Dear: Hon. Mark L. Wolf

I'm writing to you to confirm Recieving your package of the memorandums as of 1/11/05. The second Reason that I'm writing to you is to ask your office to address the issue of changing my present council, (ATT. Goldstein) with another. I truly believe he did his best, but the end Results showed certain things could've been done and they weren't, certain case should've been cited and they weren't. And the cases he did cite had little or no relevance towards my case.

I am at a point where I don't know what else to do but ask for a change of council. As you are well aware my English isn't good, and I'm somewhere where I can't trust anyone and dare not ask anyone for help, for fear of saying too much to the wrong person. I'm urging your office to please replace Mr. Goldstein with someone who better understands my case and situation and effectively represent me. Because my freedom and ultimately my life is at stake. I need a attorney who understands this and who can take it into the courtroom.

I fully understand that my case is complicated but one with the correct representation I can win. In closing I would also Request a copy of my transcript. I thank you for your time and help

Date: 01-25-05

Sincerly,
[signature]
ABDELAZIZ BENNOUR
ID: 0404892-Blg: 8-2
S.C.H-C
20 Bradston St.
Boston, MA 02118

*Robert M. Goldstein*
*Attorney at Law*

*114 State Street · Second Floor*
*Boston, Massachusetts 02109*
*(617) 742-9015 · Facsimile (617) 742-9013*
*Email: rmg04@aol.com*

January 6, 2005

**Attorney/Client Communication**
Abdelaziz Bennour
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

    RE:    **Bennour v. Chadbourne**

Abdelaziz:

    I hope all is well and the holidays went as well as possible given your circumstances. I have enclosed for your review the written order issued by Judge Wolf. I believe, but am not certain, that you have 30 days from the date of said written order to file an appeal with the First Circuit. Even so, I urge you to file your appeal immediately, rather than risk running against any deadlines. You should consult with care the appellate rules regarding whether you have an automatic right to appeal or you need permission to appeal. Unfortunately, I have not been appointed to represent you in the appeal and so you must make sure you file the appeal papers properly. Please advise if you need assistance and I will do whatever I can to facilitate the process.

    Also, please be advised that I am in the process of finalizing a move to a new office. My new office address will be 20 Park Plaza, Suite 903, Boston, Massachusetts, 02116. The telephone number will remain the same, the facsimile number will be altered by one digit, from 742-9013 to 9016. This should be effective February 1, 2005.

    Please call when you have received and reviewed this letter.

                                              Respectfully,

                                              Robert M. Goldstein