To: Barbara Morse, Clerk for Judge Wolfe
John Joseph Moakley Bldg FILED
IN CLERKS OFFICE
1 courthouse way
Boston, Ma, 02210

2005 FEB -2 P 3: 21   04-12025

U.S. DISTRICT COURT   04-12199-
DISTRICT OF MASS

Re: R.D. Glawson Vs. R. Keaton et, al   (MLW)

SCANNED
DATE: 2-3-05
BY: K. Boye

(Notice of change of Address)

Ms, Morse,
    Please make the change of
address on the Docket Record as follows,

old: S,B,C,C. Box 8000, Shirley, Ma, 01464
New: P.o. Box 100, S, Walpole, Ma, 02071
Thank ya
                    Richard Glawson
date 1/29/05