(Notice of Change of Address)

To: Barbera Morse Clerk,
for Judge Wolf
John Joseph Moakley Bldg.
1 Courthouse Way
Boston, Ma. 02210

Re: Plaintiff R.D. Glawson Vs Respondents Keaton, (etal);
1:04.02205 mlw

Dear Ms. Morse,
This is notifying you that my address has changed from
mci walpole; to Bridgewater State Hospital
20 Administration rd.
Bridgewater, MA, 02324