SCANNED
DATE: 1/24/05
BY: (C)

United States District Court for
Commonwealth of Massachusetts
Boston Dist.

FILED
CLERKS OFFICE
2005 JAN 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. 1:04-12199 MLW

Richard Glawson (Plaintiff)

Vs

Robert Keaton, Norfolk County District Attorney's (et al.)

---

Plaintiff Affidavit of facts in support of Motion for Waiver of Application to proceed without Pre Payment of All Fee's

---

Under Oath I Richard Glawson state the following;

1. Plaintiff Richard Glawson herein after the plaintiff Files this self pre pared application & Affidavit of facts in support of the motion to waive all fee's for the cost of this here Litigation.

2. **Facts**

3. Plaintiff avers the attached 3 year record of account Data Varifies he is indigent and cannot afford to foot the cost of this here Litigation.

4. Plaintiff was Deemed Indigent under state law M.G.L.A. c. 261 & 27 et-seq. & Is Indigent under federal standards 28 U.S.C.A. 1915 et-seq.(b)(1).

5. Plaintiff states the foregoing is true under penalties of perjury, this date.

date __1/14/04__

By Richard Glawson
Richard Glawson
S.B.C.C. Box 8000, Shirley, Ma. 02210

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040915 12:31

Commit# : W82380  
Name : GLAWSON, RICHARD, D,  
Inst : SOUZA-BARANOWSKI CORRECTIONAL  
Block : L3  
Cell/Bed : 31 /A  

SOUZA-BARANOWSKI CORRECTIONAL  
Statement From 20020101  
To 20040915  

Page: 1

SCANNED  
DATE: 1/26/05  
BY: K.S.

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 13:42 | CP - Copy Prior Records | 1660377 | | CON | ~Balances transfered From : A23486 | $0.05 | $0.00 | $0.00 | $0.00 |
| 20030910 13:42 | CP - Copy Prior Records | 1660379 | | CON | ~Balances transfered From : A23486 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031006 11:49 | ML - Mail | 1767193 | 15298 | CON | ~NASHUA JAIL | $63.94 | $0.00 | $0.00 | $0.00 |
| 20031008 10:07 | IC - Transfer from Inmate to Club A/c | 1777241 | | CON | ~LOCK#03772~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20031008 17:03 | IS - Interest | 1794156 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031013 22:30 | CN - Canteen | 1812775 | | CON | ~Canteen Date : 20031013 | $0.00 | $27.08 | $0.00 | $0.00 |
| 20031020 22:30 | CN - Canteen | 1841652 | | CON | ~Canteen Date : 20031020 | $0.00 | $30.92 | $0.00 | $0.00 |
| 20031028 09:17 | ML - Mail | 1873786 | | CON | ~HARRIS-DALEY, PAMELA, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20031028 09:18 | IC - Transfer from Inmate to Club A/c | 1873799 | | CON | ~E01 - MOVEMENT PASS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031103 22:30 | CN - Canteen | 1898831 | | CON | ~Canteen Date : 20031103 | $0.00 | $42.90 | $0.00 | $0.00 |
| 20031107 16:31 | IS - Interest | 1939021 | | CON | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20031110 22:30 | CN - Canteen | 1943371 | | CON | ~Canteen Date : 20031110 | $0.00 | $41.50 | $0.00 | $0.00 |
| 20031112 08:46 | ML - Mail | 1948148 | | CON | ~SMITH, RICHARD, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031117 22:30 | CN - Canteen | 1972832 | | CON | ~Canteen Date : 20031117 | $0.00 | $24.57 | $0.00 | $0.00 |
| 20031125 22:31 | CN - Canteen | 2009656 | | CON | ~Canteen Date : 20031122 | $0.00 | $33.74 | $0.00 | $0.00 |
| 20031201 22:30 | CN - Canteen | 2028423 | | CON | ~Canteen Date : 20031201 | $0.00 | $3.81 | $0.00 | $0.00 |
| 20031208 22:30 | CN - Canteen | 2057240 | | CON | ~Canteen Date : 20031208 | $0.00 | $0.67 | $0.00 | $0.00 |
| 20031209 13:46 | IS - Interest | 2075031 | | CON | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20031212 13:58 | CI - Transfer from Club to Inmate A/c | 2097526 | | CON | ~canteen refund 12-8-03~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $0.67 | $0.00 | $0.00 | $0.00 |
| 20031215 22:30 | CN - Canteen | 2103044 | | CON | ~Canteen Date : 20031215 | $0.00 | $22.64 | $0.00 | $0.00 |
| 20031220 22:30 | CN - Canteen | 2132550 | | CON | ~Canteen Date : 20031220 | $0.00 | $4.17 | $0.00 | $0.00 |
| 20031223 07:41 | ML - Mail | 2139857 | | CON | ~MAIL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031224 08:07 | VI - Visitation | 2146647 | | CON | ~COHEN, FRANCES, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031231 14:23 | CI - Transfer from Club to Inmate A/c | 2175195 | | CON | ~canteen refund 12/20~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $4.17 | $0.00 | $0.00 | $0.00 |
| 20040102 08:52 | ML - Mail | 2185910 | | CON | ~NO NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040105 08:04 | ML - Mail | 2191646 | | CON | ~L. GILLESPIE | $150.00 | $0.00 | $0.00 | $0.00 |
| 20040105 22:30 | CN - Canteen | 2194649 | | CON | ~Canteen Date : 20040105 | $0.00 | $25.76 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040915 12:31

| Commit# : | W82380 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page: 2 |
|---|---|---|---|---|---|---|---|
| Name : | GLAWSON, RICHARD, D, | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040915 | | |
| Block : | L3 | | | | | | |
| Cell/Bed : | 31 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040112 22:30 | CN - Canteen | 2225655 | | CON | ~Canteen Date : 20040112 | $0.00 | $24.14 | $0.00 | $0.00 |
| 20040113 12:11 | IS - Interest | 2242208 | | CON | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040119 22:30 | CN - Canteen | 2268190 | | CON | ~Canteen Date : 20040119 | $0.00 | $63.77 | $0.00 | $0.00 |
| 20040202 22:30 | CN - Canteen | 2325586 | | CON | ~Canteen Date : 20040202 | $0.00 | $37.42 | $0.00 | $0.00 |
| 20040210 11:46 | IS - Interest | 2371593 | | CON | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20040213 16:11 | TI - Transfer from Institution | 2393574 | | CON | | $0.00 | $103.38 | $0.00 | $0.00 |
| 20040213 16:11 | TI - Transfer from Institution | 2393575 | | SBCC | | $103.38 | $0.00 | $0.00 | $0.00 |
| 20040221 14:34 | CN - Canteen | 2422913 | | SBCC | ~Canteen Date : 20040220 | $0.00 | $26.60 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2444431 | | CON | ~20040208 To 20040214 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444433 | | SBCC | ~Associate Receipt Number is 2444431 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444432 | | CON | ~Associate Receipt Number is 2444431 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444435 | | SBCC | ~Associate Receipt Number is 2444431 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2444436 | | CON | ~20040208 To 20040214 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444434 | | CON | ~Associate Receipt Number is 2444431 | $0.00 | $0.00 | $0.00 | $4.50 |
| 20040227 22:30 | CN - Canteen | 2451303 | | SBCC | ~Canteen Date : 20040227 | $0.00 | $24.26 | $0.00 | $0.00 |
| 20040305 22:30 | CN - Canteen | 2480941 | | SBCC | ~Canteen Date : 20040305 | $0.00 | $35.36 | $0.00 | $0.00 |
| 20040309 10:18 | ML - Mail | 2487664 | | SBCC | ~L. GILLESPIE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:54 | IS - Interest | 2502770 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040309 14:54 | IS - Interest | 2502771 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040315 10:01 | CN - Canteen | 2527477 | | SBCC | ~Canteen Date : 20040312 | $0.00 | $16.62 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2555911 | | SBCC | ~Canteen Date : 20040319 | $0.00 | $29.12 | $0.00 | $0.00 |
| 20040405 09:34 | CN - Canteen | 2613611 | | SBCC | ~Canteen Date : 20040402 | $0.00 | $30.78 | $0.00 | $0.00 |
| 20040409 22:30 | CN - Canteen | 2642612 | | SBCC | ~Canteen Date : 20040409 | $0.00 | $28.86 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2663146 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2663147 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040415 09:43 | ML - Mail | 2681038 | | SBCC | ~RALPH GLAWSON | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040423 22:30 | CN - Canteen | 2714686 | | SBCC | ~Canteen Date : 20040423 | $0.00 | $19.43 | $0.00 | $0.00 |
| 20040506 13:29 | ML - Mail | 2766473 | | SBCC | ~L GILLESPIE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040507 22:30 | CN - Canteen | 2772139 | | SBCC | ~Canteen Date : 20040507 | $0.00 | $40.38 | $0.00 | $0.00 |
| 20040513 07:33 | IS - Interest | 2807261 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040513 07:33 | IS - Interest | 2807262 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040915 12:31

| | | | |
|---|---|---|---|
| Commit# : | W82380 | SOUZA-BARANOWSKI CORRECTIONAL | Page : 3 |
| Name : | GLAWSON, RICHARD, D, | Statement From  20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20040915 | |
| Block : | L3 | | |
| Cell/Bed : | 31 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040514 22:30 | CN - Canteen | 2816715 | | SBCC | ~Canteen Date : 20040514 | $0.00 | $39.97 | $0.00 | $0.00 |
| 20040521 22:30 | CN - Canteen | 2845565 | | SBCC | ~Canteen Date : 20040521 | $0.00 | $7.91 | $0.00 | $0.00 |
| 20040602 09:59 | ML - Mail | 2882735 | | SBCC | ~RALPH GLAWSON | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936779 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936780 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977057 | | SBCC | ~Canteen Date : 20040618 | $0.00 | $10.86 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006292 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20040701 10:32 | CI - Transfer from Club to Inmate A/c | 3028588 | | SBCC | ~canteen refund 6/25/04~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $8.68 | $0.00 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036009 | | SBCC | ~Canteen Date : 20040702 | $0.00 | $9.21 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084560 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084561 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040806 22:30 | CN - Canteen | 3194248 | | SBCC | ~Canteen Date : 20040806 | $0.00 | $0.58 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3218430 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3218431 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3344485 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3344486 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $827.57 | $827.34 | $9.00 | $4.50 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.23 | $4.50 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.23 | $4.50 | $0.00 | $0.00 | $0.00 | $0.00 |