


*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Bridgewater Correctional Complex*
*15 Administration Road*
*Bridgewater, Massachusetts 02324*
www.mass.gov/doc

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

Kathleen M. Dennehy
Commissioner

James Bender
Deputy Commissioner

Timothy Hall
Assistant Deputy Commissioner
Bridgewater Correctional Complex

August 11, 2005

U S District Court
Cashier–Suite 2300
1 Courthouse Way
Boston, MA 02210

Dear Cashier,

This letter is in reference to Civil Action # 04-12199-MLW. Richard Glawson W82380 has had $0.00 income since June 2004, and currently does not have enough money in his account to make the initial filing fee of $3.10.

If you have any further questions, please contact me at 508-279-3819.

Sincerely,

Evelyn Smith
Treasurer

(508) 279-3700