# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050817 09:44

| Commit# : | W82380 | | | BRIDGEWATER STATE HOSPITAL | | | | Page : | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | GLAWSON, RICHARD, D, | | | Statement From | 20050101 | | | | |
| Inst : | BRIDGEWATER STATE HOSPITAL | | | To | 20050817 | | | | |
| Block : | MAXIMUM I | | | | | | | | |
| Cell/Bed : | 125 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $828.03 | $827.80 | $18.02 | $13.51 |
| 20050113 17:06 | IS - Interest | 3988923 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3988924 | | SBCC | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050128 23:30 | TI - Transfer from Institution | 4057496 | | SBCC | | $0.00 | $0.23 | $0.00 | $0.00 |
| 20050128 23:30 | TI - Transfer from Institution | 4057497 | | CJ | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050128 23:30 | TI - Transfer from Institution | 4057499 | | CJ | | $0.00 | $0.00 | $4.52 | $0.00 |
| 20050128 23:30 | TI - Transfer from Institution | 4057498 | | SBCC | | $0.00 | $0.00 | $0.00 | $4.52 |
| 20050209 16:47 | IS - Interest | 4117891 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4117892 | | CJ | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050315 16:53 | IS - Interest | 4288795 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4288796 | | CJ | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050316 09:08 | TI - Transfer from Institution | 4296791 | | CJ | | $0.00 | $0.23 | $0.00 | $0.00 |
| 20050316 09:08 | TI - Transfer from Institution | 4296794 | | STH | | $0.00 | $0.00 | $4.54 | $0.00 |
| 20050316 09:08 | TI - Transfer from Institution | 4296793 | | CJ | | $0.00 | $0.00 | $0.00 | $4.54 |
| 20050316 09:08 | TI - Transfer from Institution | 4296792 | | STH | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4428619 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4428620 | | STH | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050511 16:48 | IS - Interest | 4594869 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4594870 | | STH | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050609 16:50 | IS - Interest | 4756588 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:50 | IS - Interest | 4756589 | | STH | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050713 16:52 | IS - Interest | 4931775 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050713 16:52 | IS - Interest | 4931776 | | STH | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20050803 16:52 | IS - Interest | 5046582 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5046583 | | STH | | $0.00 | $0.00 | $0.01 | $0.00 |
| | | | | | | $0.46 | $0.46 | $9.14 | $9.06 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.23 | $4.59 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON_____,
Plaintiff,

v.                                Civil Action No.  04-12199-MLW

ROBERT KEATON, et al._____,
Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT REPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

FINDINGS

A.   Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. § 1915A(c):

     Yes  ☒   No   ☐

B.   Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

     1. Yes ☐   Plaintiff is obligated to pay the entire statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1914 ($150.00 for a civil action).

     2. Yes ☒   An initial partial filing fee of $ 3.10   is assessed pursuant to 28 U.S.C. § 1915(b)(1).  The remainder of the fee  $ 146.90  is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

     3. Yes ☐   Plaintiff has proffered evidence of being without funds for six months and being currently without funds.  Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the $150.00 filing fee is paid in full.

     4. No  ☐   Plaintiff is not assessed an initial partial filing fee or obligation to make monthly payments at this time.

Order on Application to Proceed
Without Prepayment of Fees                                                    Page 2

---

## ORDERS

Based upon the foregoing:

1.    The application to proceed without prepayment of fees (#8) is GRANTED.
      Yes  ☒    No  ☐

2.    If a filing fee assessment has been made under paragraph B above, is it a
      provisional finding that is subject to early modification:
      Yes  ☒    No  ☐

      If the above answer is Yes, the following applies:

      If the plaintiff files, within 35 days of the date of this Order, a certified copy of
      his/her prison trust account or a statement signed by plaintiff under the pains and
      penalties of perjury demonstrating eligibility to proceed in this action without
      paying an initial partial filing fee or without payment of any fee assessed above,
      the Court will consider the certification or statement in determining whether to
      modify any fee assessment under 28 U.S.C. § 1915(b)(2).

3.    The Clerk shall send a copy of this Order to the institution having custody of
      plaintiff:
      Yes  ☒    No  ☐

4.    The Clerk shall return the complaint to the undersigned for screening on the
      merits pursuant to 28 U.S.C. §§ 1915(e)(2) and/or 1915A:
      Yes  ☒    No  ☐

5.    Summonses shall NOT issue pending the completion of screening on the merits
      pursuant to 28 U.S.C. §§ 1915(e)(2) and/or 1915A:
      Yes  ☒    No  ☐

SO ORDERED.


 August 6, 2005                              /s/ Mark L. Wolf
DATE                                         UNITED STATES DISTRICT JUDGE