UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RICHARD G. GLAWSON,            )
            Plaintiff,         )
                               )
            v.                 )      C.A. No. 04-12199-MLW
                               )
ROBERT KEATON, et al.,         )
            Defendants.        )
```

ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION

On February 23, 2005, plaintiff Richard Glawson simultaneously filed his motion for clarification of facts in the instant civil rights action and in his habeas action Glawson v. Keaton, et al., C.A. No. 04-12025-MLW. See Docket No. 6, C.A. No. 04-12199-MLW, Docket No. 19, C.A. No. 04-12025-MLW.

Because the motion discusses Mr. Glawson's filings on September 13, 2004 and December 29, 2004, and does not appear to concern the instant civil rights action, his motion will be denied without prejudice. Accordingly, it is hereby

ORDERED, plaintiff's Motion for Clarification of Facts (Docket No. 6) is DENIED without prejudice.

SO ORDERED.


September 29, 2005          /s/ Mark L. Wolf
DATE                       MARK L. WOLF
                           UNITED STATES DISTRICT JUDGE