UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON            ,
        Plaintiff,

                                  Civil Action

v.

                                  No. 04-12199-MLW

ROBERT KEATON, et al.            ,
        Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☒        Yes ☐        as to defendant(s)
    _____
    _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☒        Yes ☐        as to defendant(s)
    _____
    _____

3. Section 1997e(g)(2) provides that:

    "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

    42 U.S.C. § 1997e(g)(2).

    Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

    a. Yes ☐   The Court has so determined and found as to defendant(s):

Page 1

      b. No ☐     because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

            ☐ all defendants    ☐ the defendant(s)

      c. No ☐     because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

            ☐ all defendants    ☐ the defendant(s)

      d. Cannot say

            ☒ It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

            ☒ all defendants    ☐ the defendant(s)

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

     No ☐      Yes ☒     ☒ as to all defendants

                                  ☐ only as to defendant(s)

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of

plaintiff's claims against defendant(s)?

    No ☒    Yes ☐    ☐ as to all defendants
    ☐ only as to defendant(s) _____

3. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

    No ☐    Yes ☐    ☐ as to all defendants
    ☐ only as to defendant(s) _____

OR

b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

    No ☐    Yes ☒    ☒ as to all defendants
    ☐ only as to defendant(s) _____

September 29, 2005        /s/ Mark L. Wolf
DATE        MARK L. WOLF
        UNITED STATES DISTRICT JUDGE