UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. GLAWSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT KEATON, et al )<br>Defendants ) | Civil Action No. 04-12199-MLW |

**MOTION TO ENLARGE THE TIME
FOR FILING AN ANSWER TO THE COMPLAINT**

The defendants hereby respectfully move this Court to enlarge the time in which to file a responsive pleading to the above-captioned complaint to December 21, 2005. The response is currently due on December 7, 2005. As reasons therefore, undersigned counsel states that she recently filed a lengthy memorandum in opposition to a habeas petition in Nancy Netto v. Lynn Bissonnette, 05-10695 and a brief in the Massachusetts Supreme Judicial Court in James Murray v. Commonwealth. Therefore, the additional time is necessary to adequately respond to the complaint in this case.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 561669

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the attached documents was served upon petitioner, Richard Glawson, pro se, 20 Administration Road, Bridgewater, MA 02324, by first class mail, postage pre-paid, on December 5, 2005.

                                         /s/ Susanne G. Reardon
                                         Susanne G. Reardon
                                         Assistant Attorney General