UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**RICHARD D. GLAWSON**</u>
       **Plaintiff**

    V.

<u>**ROBERT KEATON et al**</u>
       **Defendants**

CIVIL ACTION

NO.  <u>04-12199-MLW</u>

## <u>JUDGMENT</u>

<u>**WOLF, D. J.**</u>

In accordance with the Court's allowance, on February 27, 2006, of the defendant, Robert Cosgrove's Motion to Dismiss (docket no. 20), in the above-referenced action, dismissing the plaintiff's complaint as to the defendant, Robert Cosgrove, it is hereby ORDERED:

Judgment of dismissal for the <u>defendant</u>, as to the defendant, Robert Cosgrove, only.

                          By the Court,

<u>**February 27, 2006**</u>                           <u>/s/ Dennis O'Leary</u>
       Date                                       Deputy Clerk

(judge-dis.wpd - 12/98)                                                                                         [jgm.]