United States District court
For the district of Massachusetts

First circuit                          C.A. 04-12199-MLW

Richard D. Glawson, (Plaintiff)

Vs.

Robert Keaton,(et,al)(Respondants)
Robert Cosgrove
William Keaton
Peter Casey

---

### Plaintiffs notice of appeal

---

Pursuant to Fed.R.Civ.P. 3 & 3.1 The plaintiff files notice with the district court of his appeal of 2/27/06 order by WOLF,D,J.  Allowing partial judgement for repondants motion to dismiss by respondant Robert Cosgrove.

Date  3/106

Certificate Of service
I Richard Glawson hereby
certify that all parties
were served copies of the
above entitled motion on 3/1/06

Respectfully Submitted

Richard D. Glawson
20 Administration rd.
Bridewater,Ma. 02324