# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON

          **Plaintiff**

        V.

ROBERT KEATON et al

          **Defendants**

**CIVIL ACTION**

**NO.  04-12199-MLW**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's allowance, on February 27, 2006, of the defendant, Robert Cosgrove's Motion to Dismiss (docket no. 20), in the above-referenced action, dismissing the plaintiff's complaint as to the defendant, Robert Cosgrove, it is hereby ORDERED:

Judgment of dismissal for the defendant, as to the defendant, Robert Cosgrove, only.

By the Court,

**February 27, 2006**
**Date**

**/s/ Dennis O'Leary**
**Deputy Clerk**

(judge-dis.wpd - 12/98)

[jgm.]



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RICHARD D. GLAWSON       )
     Plaintiff,         )
                       )
v.                     )      Civil Action No. 04-12199-MLW
                       )
ROBERT KEATON, et al     )
     Defendants      )

### DEFENDANT ROBERT COSGROVE'S
### MOTION TO DISMISS

Defendant Robert Cosgrove respectfully requests that the Court dismiss him from this lawsuit. Cosgrove must be dismissed from this suit because (1) the Eleventh Amendment bars the claims against him; (2) he is not a "person" within the meaning of 42 U.S.C. § 1983, and thus cannot be sued under that statute; and (3) Cosgrove, an assistant district attorney, is entitled to both absolute and qualified immunity. Consequently, Cosgrove should be dismissed from this litigation with prejudice. In support of his motion, Cosgrove relies on the memorandum of law submitted herewith.

**WHEREFORE**, this motion should be allowed and an order should issue dismissing Cosgrove from this lawsuit with prejudice.

As this motion is not opposed and, in any event, appears meritorious, it is hereby ALLOWED. This case is hereby DISMISSED as against Cosgrove.

WMY. D. J.
Feb. 27, 2006