United States District court
For the district of Massachusetts

First circuit                          C.A. 04-12199-MLW

Richard D Glawson,(Plaintiff)

Vs.

Robert Keaton,(et,al)(respondants)

---

Plaintiffs motion for assembly of the record

Pursuant to Fed.RCiv.P. 10 the record on appeal, The plaintiff moves the clerks to assemble the record and transmitt it to the first circuit for the court of appeal in Massachusetts and make return of service with certified docket entry sheets.

Date 3/1/06                            By Richard Glawson
Certificate of Service
I Richard Glawson hereby
certify that all parties                Richard Glawson
were served copies of the               20 Administration rd.
obove entitled action on 3/1/06         Bridgewater,Ma. 02324