United States District court
For the district of Massachusetts

First circuit                           C.A. 04-12199-MLW

Richard D. Glawson (plaintiff)

Vs.

Robert Cosgrove (et,al)(respondants)

---

Plaintiffs motion for a ruling of laws and findings of facts

---

The plaintiff hereby movese this court to issue a ruling of laws and findings of facts seperate from the laws on the 2/27/06 Judgement allowing respondent Robert Cosgroves motion to dimiss, without a finding of facts nor ruling of laws.

Date  3/1/06                            By Richard D. Glawson
Certificate of Service
I Richard D. Glawson, hereby
certify that all parties were           20 Administration rd
served copies of the above              Bridgewater, Ma. 02324
motion on  3/11/06