APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12199-MLW

Glawson v. Keaton et al
Assigned to: Chief Judge Mark L. Wolf
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/15/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Richard D. Glawson**  represented by  **Richard D. Glawson**
Bridgewater State Hospital
20 Administration Road
Bridgewater, MA 02324
PRO SE

V.

**Defendant**

**Robert Keaton**

**Defendant**

**Robert C. Cosgrove**  represented by  **Susanne G. Reardon**
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: susanne.reardon@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William R. Keaton**

**Defendant**

**P. Casey**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Richard D. Glawson.(Jenness, Susan) (Entered: 10/20/2004) |
| 10/15/2004 | 2 | COMPLAINT Filing fee: $ 0.00, receipt number 0.00, filed by Richard D. Glawson.(Jenness, Susan) (Entered: 10/20/2004) |
| 10/15/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 10/20/2004) |
| 01/07/2005 | 3 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order. If plaintiff wishes to proceed with this action, he shall file, within forty-two (42) days of the date of this Memorandum and Order, a new Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his institutional account statement for the six-month period preceding the filing of the complaint. The Clerk sent plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with a copy of the Memorandum and Order. (Morse, Barbara) (Entered: 01/10/2005) |
| 01/10/2005 |  | Set Deadlines/Hearings: Plaintiff to file new fee-waiver application with prison account statement by 2/18/2005. (Morse, Barbara) (Entered: 01/10/2005) |
| 01/25/2005 | 8 | MOTION for Leave to Proceed in forma pauperis by Richard D. Glawson accompanied by inmate transaction report. Submitted in response to the January 7th Memo and Order (Docket No. 3).(Morse, Barbara) (Entered: 05/12/2005) |
| 02/01/2005 | 4 | Letter/request from Abelaziz Bennour requesting that he be appointed new counsel, FILED. (Boyce, Kathy) Modified on 5/12/2005 for the docket to reflect that his Letter was incorrectly docketed in this case and should have been docketed in CA. 04-12149. (Boyce, Kathy). (Entered: 02/04/2005) |
| 02/02/2005 | 5 | NOTICE of Change of Address by Petitioner Richard D. |

| | | |
|---|---|---|
| | | Glawson, FILED. (Boyce, Kathy) (Entered: 02/04/2005) |
| 02/23/2005 | 6 | MOTION for Clarification by Richard D. Glawson, FILED, c/s.(Boyce, Kathy) (Entered: 02/25/2005) |
| 04/26/2005 | 7 | NOTICE of Change of Address by Richard D. Glawson (O'Leary, Dennis) (Entered: 04/29/2005) |
| 05/12/2005 | | Notice of correction to docket made by Court staff. Correction: Document 4, Letter, corrected because: the Letter was docketed in the wrong civil action. It should have been dockted in C.A. 04-12149-MLW (Boyce, Kathy) (Entered: 05/12/2005) |
| 08/06/2005 | 9 | Judge Mark L. Wolf : ORDER entered granting 8 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of: $3.10 due within ten (10) business days of receipt of this notice and the remainder of fee [$146.90] to be paid in accordance with 28 U.S.C. section 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid. Summonses shall NOT issue pending the completion of screening on the merits pursuant to 28 U.S.C. sections 1915(e)(2) and/or 1915A: (PSSA4, ) (Entered: 08/09/2005) |
| 08/09/2005 | 10 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at Bridgewater State Hospital (PSSA4, ) (Entered: 08/09/2005) |
| 08/15/2005 | 11 | Letter to Cashier from Evelyn Smith, Treasurer, Dept. of Correction stating that Richard Glawson re Petitioner's income status, FILED. (Boyce, Kathy) (Entered: 08/22/2005) |
| 08/30/2005 | 12 | Inmate Transaction Report dated 8/17/05 submitted by Richard Glawson filed pursuant to the 8/6/05 Order, FILED. (Boyce, Kathy) (Entered: 09/08/2005) |
| 09/29/2005 | 13 | Judge Mark L. Wolf : ORDER entered denying without prejudice 6 Motion for Clarification (PSSA4) (Entered: 09/29/2005) |
| 09/29/2005 | 14 | Judge Mark L. Wolf : ORDER ON SCREENING PURSUANT TO SECTIONS 1915(e)(2) AND/OR 1915A entered. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States. If the defendant(s) have |

| | | |
|---|---|---|
| | | been served with a summons and complaint, the defendants are required to reply within the time specified in the summons. (PSSA4) (Entered: 09/29/2005) |
| 09/29/2005 | | Summons Issued as to Robert Keaton, Robert C. Cosgrove, William R. Keaton, P. Casey. Mailed to plaintiff with USM 285 forms, Notice re: service by U.S. Marshal (USM) and L.R. 4.1. (PSSA4) (Entered: 09/29/2005) |
| 10/31/2005 | | Pltf Richard Glawson inadvertently forwarded summonses and Marshals Process Receipt and Return Forms to the Clerk's Office - Summonses and Forms hand delivered to US Marshals Office this day (Boyce, Kathy) (Entered: 10/31/2005) |
| 11/10/2005 | 15 | US Marshal Process Receipt and Returned Unexecuted as to William R. Keaton marked unable to serve at address given (Boyce, Kathy) (Entered: 11/15/2005) |
| 11/18/2005 | 16 | Summons Returned Unexecuted as to Robert Keaton (Receptionist at the Norfolk DA Office says no such person works there) (Boyce, Kathy) (Entered: 11/22/2005) |
| 11/18/2005 | 17 | US Marshal Process Receipt and Return for Summons and Complaint. Robert C. Cosgrove served Delivered on 11/17/05 (Boyce, Kathy) (Entered: 11/22/2005) |
| 11/18/2005 | 18 | Summons Returned Unexecuted by Richard D. Glawson as to P. Casey (Marshals Return and Receipt marked on 11/17/05: Retired No Longer There (Boyce, Kathy) (Entered: 11/28/2005) |
| 12/05/2005 | 19 | MOTION for Extension of Time to 12/21/05 to File Response/Reply by Robert C. Cosgrove.(Reardon, Susanne) (Entered: 12/05/2005) |
| 12/09/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 19 MOTION for Extension of Time to 12/21/05 to File Response/Reply (O'Leary, Dennis) (Entered: 12/09/2005) |
| 12/21/2005 | 20 | MOTION to Dismiss by Robert C. Cosgrove.(Reardon, Susanne) (Entered: 12/21/2005) |
| 12/21/2005 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss filed by Robert C. Cosgrove. (Reardon, Susanne) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 01/11/2006 | 22 | Opposition re 20 MOTION to Dismiss filed by Richard D. Glawson. (Jones, Sherry) (Entered: 01/13/2006) |
| 02/27/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 20 Motion to Dismiss. As this motion is not opposed and, in any event, appears meritorious, it is hereby ALLOWED. This case is DISMISSED as against Cosgrove. (O'Leary, Dennis) (Entered: 02/27/2006) |
| 02/27/2006 | 23 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of Robert Cosgrove only against Richard D. Glawson(O'Leary, Dennis) (Entered: 02/27/2006) |
| 03/14/2006 | 24 | NOTICE OF APPEAL as to 23 Judgment, Order on Motion to Dismiss by Richard D. Glawson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/3/2006. (Attachments: # 1 2/27/06 Judgment and Endorsed Order# 2 request for assembly of the record) (Boyce, Kathy) (Entered: 03/15/2006) |
| 03/14/2006 | 25 | MOTION for Ruling of Laws and Findings of Fact by Richard D. Glawson, FILED, c/s.(Boyce, Kathy) (Entered: 03/15/2006) |
| 03/16/2006 | | Civil Case Terminated. (O'Leary, Dennis) (Entered: 03/16/2006) |