UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON, W 82380
　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　NO  04-12199-MLW
ROBERT KEATON, et al.,
　　　　　Defendants.

### NOTICE FOR PAYMENT OF PRISONER FILING FEE

[T] Bridgewater State Hospital, 20 Administration Road,
[　]D TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE
[　]E TRANSFERRED

[　]ing pro se and in forma pauperis, is obligated to pay
[$]150.00 for this action. See 28 U.S.C. § 1915(b)(1).

[　]1915(b)(1), plaintiff has been assessed the following:

[　]f $____ from available funds.

[　]l filing fee of: $3.10 due within ten (10) business
[　]f this notice.

[$ 146.90] to be paid in accordance with 28 U.S.C. §
[　]thly payments of 20% of the preceding month's income
[　]prisoner's account each time the amount in the account
[　]til the filing fee is paid.

[　]hout funds for six months and is currently without
[　] U.S.C. § 1915(b)(2), plaintiff is obligated to make
[　] percent of the preceding month's income credited to the
[　]il the statutory filing fee of $ 150.00 has been paid in

[　]e institution designated above is required to send to
[　]nitial partial filing fee (if assessed) and monthly
[　]rison trust account (or institutional equivalent) each
[　]ner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2).
[　]be sent on the last day of each month, beginning in the
[　]e of this notice. The monthly payments shall continue
[　]00   is paid in full.

[　]e number must be noted on each remittance. If a single
[　]t of filing fees for more than one prisoner, the amount
[　]soner and case must be noted. All checks should be made
[　]. District Court" and transmitted to:

　　U. S. District Court
　　Cashier - Suite 2300
　　1 Courthouse Way
　　Boston, MA  02210

　　　　　　　　　　　SARAH A. THORNTON, CLERK

8/9/05　　　　　　　　By:　s/ Barbara Morse     AR
Date　　　　　　　　　　　　Deputy Clerk

cc: Plaintiff　　　　　　　　　Payor: 04-12199
　　　　　　　　　　　　　　　　Inv: 1
(ifppaymt.pri - 12/96)　　　　　　　　　　　　　[ntcifpfee.]
　　　　　　　　　　　　　　　　5100PL
　　　　.29　　　　　　　　　　Richard D Glawson

---

Receipt (stamp, left side):

United States Treasury Symbol 4638

Mon Jul 17 14:18:23 2006

UNITED STATES DISTRICT COURT
BOSTON , MA

Receipt No. 321 73756
Cashier  orozco

Tender Type  CHECK

Check Number: 202018998

Transaction Type  AR

DO Code  Div No  Acct
4638      1      5100PL

Amount　　$　  0.29

AR/ PAYMENT 04-12199 (1) RICHARD D GLAWSON, CK FROM THE COMMONWEALTH OF MASS.

Mon Jul 17 14:18:23 2006
Check No. 202018998

---

Stamp (right side): 05 AUG 11 AM 10:06 BUSINESS OFFICE BRIDGEWATER CORRECTIONAL COMPLEX