# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1718

RICHARD D. GLAWSON
Plaintiff - Appellant

v.

ROBERT KEATON; ROBERT C. COSGROVE;
WILLIAM R. KEATON; PETER CASEY
Defendants - Appellees

**JUDGMENT**

Entered: November 7, 2006
Pursuant to 1st Cir. R. 27(d)

By notice issued September 22, 2006 and October 13, 2006, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by October 27, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

By:_____
Operations Manager

_____
Deputy Clerk

Date: 11/30/06

[cc: Richard D. Glawson, Susanne G. Reardon, AAG]