United States district court

C.A. 1:04-12199

Richard D. Glawson, (Plaintiff)

Vs.

Robert Keaton, (Et. Al) Respondant

---

Plaintiffs motion to Amend caption of complaint

---

The plaintiff moves the court to Amend the caption of the complaint pursuant to Fed. R. Civ. P. 15 from one that Reads;

Richard Glawson, (Plaintiff)

Vs.

Robert Keaton (Et. Al) Respondant

To one that Reads;

Richard D. Glawson, (Plaintiff)

Vs.

1. The Norfolk County District Attorney's office (Et. Al)
2. AAG. Peter Casey

Date 2/14/07

C. File
U.S. District court
A.A.G. Suzzanne Reardon

Richard D. Glawson
_____
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA. 02071