United States district court

C.A. # 1:04-12199-MLW

Richard D. Glawson (plaintiff)

Vs.

Robert Keaton (Et, Al) (Respondents)

1st Interagatories; production of Documents & info.

Interagatories 1:

What are the residential Addressess for Respondant Robert & William Keaton, & Casey

Interagatories 2:

Produce All Legal Documents in the custody of of the Respondants Attorney, Susen Reardon. regarding this case file.

I Look forward to your response

Richard Glawson

Date 2/19/07

MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA, 02071

To: A.A.G. Suzanne Reardon
    1 Ashburton Place Appellate Division
    Boston, MA. 02108

RE: 1st set of Interogatories

A.A.G Reardon, find enclosed the plaintiffs Interogatories, & motion to Amend the complaint

Date 2-14-07

c, File
   U.S. District court

Richard Glawson
*Richard Glawson*
MCI-cedar Junction
P.O. Box 100
S. Walpole, MA, 02071