To: Clerk of court
   John Joseph Moakley Bldg
   1 courthouse way
   Boston, MA. 02210

Re: Motions

Dear clerk, find enclosed A motion for Interrogatories & motion to Amend caption of complaint, for the docketing & Filing, In Richard Glawson V, Robert Keating.

Date 2/14/07

Richard Glawson
*[signature]*
MCI cedar Junction
P.O. Box 100
S. Walpole, MA. 02071

FILED
CLERKS OFFICE
2007 FEB 27 P 4:22
U.S. DISTRICT COURT
DISTRICT OF MASS