United States District court

Massachusetts, Boston.            C.A. 1:04-12199 MLW

Richard Glawson (Plaintiff)

Vs.

Robert Keaton (Et AL)(Respondants)

---

Plaintiff motion for court Order for Compliance of
1st set of Interogatories by Suzanne Reardon

---

Now comes the plaintiff & moves this honorable
court to Order compliance by respondants Attorney
A,A,E, Suzanne Reardon in turning over Respondants
Residential addressess for the purpossess of making
summons service, As her 30 day's for compliance
has expired, for the 1st set of Interogatories Attached.

Wherefore this motion should be allowed forthwith.

date 3/14/07                    Richard Glawson

c, File                         Richard Glawson
  A,A,E, Suzanne Reardon        P.O. Box 100
  U,S, District court (MLW)     S, Walpole, MA, 02071

Certificate of Service

I Richard Glawson hereby certify the foregone was
mailed via 1st class mail to A,A,E, Suzanne Reardon at
1 Ashburton pl. Boston, MA, 02118