To: A.A.G, Suzanne Reardon
1 Ashburton Place Appellate Division
Boston, MA, 02108

Re: 1st set of Interogatories

A.A.G Reardon, find enclosed the plaintiffs Interogatories, & motion to Amend the complaint

Date 2-14-07

↳ File
U.S. District court

Richard Clawson
*Richard Clawson*
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA, 02071