United States district court

C.A. #04-12189-mew

Richard D. Glawson (plaintiff)

Vs.

Robert Keaton (et, Al) (Respondents)

1st Interagatories; production of Documents & info.

Interagatories 1:
What are the residential Addressess for Respondant Robert & William Keaton, & Casey

Interagatories 2:
Produce All Legal Documents in the custody of of the Respondants' Attorney, Susen Reardon. regarding this case file. All within 30 day's

I Look forward to your response

Richard Glawson

Date 2/14/07

MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA, 02071