United States District Court

Boston, Massachusetts      C.A. 1:04-12199 MLW

Richard Glawson (Plaintiff)

Vs,

Robert Keaton (Et Al)
William Keaton
Peter Casey
Robert C. Cosgrove



Plaintiffs motion for clarification of the docket Record

    Judge Mark L. Wolf on 2/27/07 Dismissed "specifically" repondant Robert C. Cosgrove the only respondant served with A summons from the above pending Lawsuit; Not the whole case against respondants Robert & William Keaton & Peter Casey who have not been served with summonses yet, Let it be known for the docket record.

date 3/17/07
c, File.
c, A.A.G. Reardon
c, Judge Wolf

Richard Glawson
P.O. Box 100
S.Walpole, MA. 02071