To: Justice Mark L. Weff
United States District Court
John Joseph Moakley Bldg
1 Courthouse way
Boston, Ma. 02210

Re: motion for clarification of the docket entry Record

Dear Justice Wolf,

    Attached is plaintiffs motion for clarification
of the Docket Record. I am still waiting
for your Order for "compliance" that I filed
with clerk Dennis O'Leary.

Date 3/17/07          Richard Glawson
                              P.O. Box 100
                              S. Walpole, Ma. 02071