United States district court

Boston, MASS,                    C.A. 04-12199-MLW

Richard Glawson (Plaintiff)

Vs.

Suffolk County District Attorney's officer Conmey
Suffolk Superior court case SUCK-2001-10249-1-0/8
Respondants

Plaintiffs motion for A Temporary restraining Order

A.      Introduction
1. The plaintiff seeks a Temporary restraining order against the Suffolk County prosecution scheduled for Trial on May 14th 2007 pending A Double Jeopardy claims, & Does so pursuant to Fed.R.Civ.P. 65.

B.      Parties
2. The plaintiff is A united states citizen and resides At MCI - Cedar Junction At P.O. Box 100, S.Walpole, MA, 02071.
3. The respondant is The principle Suffolk county prosecutor and a united state citizen employed At 1 Bullfinch pl, Boston, MA, 02210

4.      Complaint Facts
5. On 2/16/01 Allegedly the plaintiff Armed carjacked A Ford Mustange from an Individual at the dedham mall in Norfolk County and Led Dedham police in a hot & Fresh pursuit into Suffolk county where eventually an Arrest of the plaintiff was made and both counties

(1)

pressed charges; (see Attachment-A) & Attachment B-) Indictments SUCR-2001-10249 # 9 Through 18 Dated 2-16-01 & 2-17-01 only. Indictment 1-Through 8 are consolidated Indictments.

6. The plaintiff now claims the same conduct ie route of escape, and the possession of firearms & ammunition, as well as the use of the firearm, are all double Jeopardy claims that the state court has rejected SJC 09424 Glawson V. Commonwealth 445 Mass. 1019 (2005).

7. The plaintiff was once put in Jeopardy of Life & Limb in Norfolk Superior court on 2/12/03 when Trial began but ended in a guilty plea on 2/20/03.

8. The plaintiff avers the same course of conduct ie. the route of escape and all "charges committed durring that conduct is barred by Double Jeopardy principles in the Suffolk county prosecution (Attach-B)

9. The plaintiff avers he was put in Jeopardy for possession of a firearm & Ammunition in the Norfolk county Trial and Double Jeopardy principles bar a second prosecution for Identically the same offences & elements Blockburger V. U.S. 284 U.S. 299/52 S.ct. 180 (1932). Benton V. Maryland 395 U.S. 784/89 S.ct. 2056 (1969). within the same soveriegnty, meaning that suffolk county is bared from reprosecutting the plaintiff for the same offense & elements that were already

(2)

prosecuted in Norfolk County & in the same sovereignty, (see Attachment A Indictments 6 & 7) & (Attachment B Indictments 13 & 14,) Both counties Arrested the plaintiff & durring the Arrest found A firearm & charged the plaintiff with possession of A firearm. Benton V. Maryland forbade repeated Attempts to prosecute an Individual for the same offense. As Does the same elements test Announced in Blockburger V. U.S. supra). In so much of the crimes charging possession of A firearm & ammunition; in suffolk county As A Direct result of being Jeopardy bared by the Norfolk county prosecution for Identically the same offences.

10. The double Jeopardy Clause of the 5th amendment U.S.C.A. protects more then the actual imposition of two punishments for the same offense. by Also protecting the defendant from being placed twice in jeopardy for such punishment, Witte V. U.S. 515 U.S. 389, 391\ 115 S.ct. 2199-2202 (1995).

11. A court must hear & determine a colorable claim of double Jeopardy before the trial because "if the right to be free from a second trial is not vindicated before that trial commences, then the right is no right at all, but a cruel Illusion, U.S. V. Carabello-Cruz 52 F. 3rd 390 (1st Civ 1995).

12.  Conclusion

13. For the foregone reasons the plaintiff should be given a Temporary restraining order against the respondants' prosecution pending the resolution of the plaintiff double Jeopardy claims. At A Hearing in U.S. District court.

14.  Varification

15. The plaintiff varifies the above facts to be true under penalties of perjury.

certification of Service

I Richard Glawson hereby certify the foregone was mailed to A.G. Darriel Connelly At 1 Bollfinch Ft, Boston MA, on 5-4-07.

date 5-4-07

Richard Glawson
*Richard Glawson*
P.O. Box 100
S.Walpole, MA. 02071

(4)