**Commonwealth of Massachusetts**
**NORFOLK SUPERIOR COURT**
Case Summary
Criminal Docket

Att-A

## NOCR2001-00117
## Commonwealth v Glawson, Richard D

| | | | |
|---|---|---|---|
| **File Date** | 03/15/2001 | **Status** | Disposed (appeal denied) (dapden) |
| **Status Date** | 11/26/2003 | **Session** | 1 - 1 - CtRm - Main |
| **Jury Trial** | Unknown | **Origin** | I - Indictment |
| **Lead Case** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 03/21/2001 | **Track** | I - Inventory | **Final PTC** | 06/19/2001 |
| **Disp. Deadline** | 03/21/2002 | **Deadline Status** | Active since return date | **Status Date** | 03/22/2001 |
| **Pro Se Deft** | No | **Custody Status** | Cedar Junction MCI (Walpole) | **Start Date** | 06/12/2003 |
| **Weapon** | Hand gun | **Substance** | | **Prior Record** | Unknown |

### OFFENSES

| Num | Offense | Code | Town | Status | Status Date |
|---|---|---|---|---|---|
| 1 | 02/16/2001 | 265:018:b.2 | Dedham | Guilty plea | 02/20/2003 |
| | Assault, armed, intent to murder | | | | |
| 2 | 02/16/2001 | 265/21A/C | Dedham | Guilty plea | 02/20/2003 |
| | CARJACKING, FIREARM-ARMED c265 s21A | | | | |
| 3 | 02/16/2001 | 265:018B.1 | Dedham | Guilty plea | 02/20/2003 |
| | Felony, firearm | | | | |
| 4 | 02/16/2001 | 279:25 | Dedham | Nolle prosequi | 02/20/2003 |
| | HABITUAL CRIMINAL | | | | |
| 5 | 02/16/2001 | 265:015B:b | Dedham | Guilty plea | 02/20/2003 |
| | Assault, dangerous weapon | | | | |
| 6 | 02/16/2001 | 269:010 | Dedham | Guilty plea | 02/20/2003 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | | |
| 7 | 02/16/2001 | 269:010. | Dedham | Guilty plea | 02/20/2003 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | | |
| 8 | 02/16/2001 | 265:015A:b | Dedham | Guilty plea | 02/20/2003 |
| | Assault & battery, dangerous weapon | | | | |
| 9 | 02/16/2001 | 265:013D.1 | Dedham | Guilty plea | 02/20/2003 |
| | Assault & battery on police officer | | | | |
| 10 | 02/16/2001 | 274:007 | Dedham | Nolle prosequi | 02/20/2003 |
| | Conspiracy | | | | |
| 11 | 02/16/2001 | 266:030:1.21 | Dedham | Guilty plea | 02/20/2003 |
| | Larceny, over $250 | | | | |
| 12 | 02/16/2001 | 266:030:1.1 | Dedham | Guilty plea | 02/20/2003 |
| | Larceny, $250 or less | | | | |
| 13 | 02/16/2001 | 090:023 | Dedham | Guilty plea | 02/20/2003 |
| | Operate MV after license revocation/suspension | | | | |
| 14 | 02/16/2001 | 090:024:1a1.1 | Westwood | Nolle prosequi | 02/20/2003 |
| | Operate MV under influence, alcohol/intoxicant | | | | |
| 15 | 02/16/2001 | 090:024:2a.1 | Westwood | Nolle prosequi | 02/20/2003 |
| | Operate MV recklessly/negligently, endangerment | | | | |
| 16 | 02/16/2001 | 090:023 | Westwood | Nolle prosequi | 02/20/2003 |
| | Operate MV after license revocation/suspension | | | | |

### PARTIES

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Criminal Docket

02:27 PM

## NOCR2001-00117
## Commonwealth v Glawson, Richard D

**Plaintiff**
Commonwealth
Gender: Unknown
Active 03/15/2001

**District Atty's Office 368780**
Robert W Nelson Jr
45 Shaumut St
Canton, MA 02021
Phone: 781-830-4800
Fax:
Active 03/21/2001 Notify

**Defendant**
Richard D Glawson
Dedham, MA 02026
Gender: Male
Active 03/15/2001

**Public Counsel 386780**
Geoffrey Packard
Mass Public Counsel Services (Cambridge)
189 Cambridge Street
Cambridge, MA 02141-1206
Phone: 617-868-3300
Fax: 617-868-0421
Withdrawn 06/10/2002

**Private Counsel 190740**
John W Gibbons
47 Valley Road
PO Box 532
Milton, MA 02186
Phone: 617-698-7600
Fax: 617-698-7603
Inactive 01/05/2007

**Private Counsel 306920**
Paul D Luciano
101 Tremont Street
Suite 1100
Boston, MA 02108
Phone: 617-350-6574
Fax: 617-350-7775
Inactive 01/05/2007

**Private Counsel 553742**
Iris Alkalay
P.O. 65
Waban, MA 02468
Inactive 01/05/2007

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                    At the SUPERIOR COURT, begun and holden at DEDHAM, within and for the County of Norfolk,

**on the third Thursday of March, 2001**

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

### RICHARD D. GLAWSON

of Dedham in the County of Norfolk
on or about February 16, 2001
at Dedham in the County of Norfolk

did knowingly have in his possession or knowingly under his control in a vehicle a firearm, loaded or unloaded, as defined in M.G.L. c.140, s.121, without having then and there any license, authority, appointment or permission, according to law, so to do, in violation of M.G.L. Chapter 269, s.10 (h).

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

........................................ { Foreman of the Grand Jury.

........................................ { Assistant District Attorney
                                          Norfolk District

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.           At the SUPERIOR COURT, begun and holden
at DEDHAM, within and for the County of Norfolk,

**on the third Thursday of March, 2001**

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

RICHARD D. GLAWSON

of Dedham in the County of Norfolk
on or about February 16, 2001
at Dedham in the County of Norfolk

did own or possess ammunition without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the Massachusetts General Laws, in violation of M.G.L. c.269, s.10 (h),

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

................................................ } Foreman of the Grand Jury.

................................................ } Assistant District Attorney
                                                     Norfolk District

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

*Att, B*

## SUCR2001-10249
## Commonwealth v Glawson, Richard

| | | | |
|---|---|---|---|
| File Date | 03/27/2001 | Status | Active (actv) |
| Status Date | 03/29/2001 | Session | 1 - Crim 1 Ctrm 21- 15th Fl. |
| Jury Trial | Unknown | Origin | I - Indictment |
| Lead Case | | | |

| | | | | | |
|---|---|---|---|---|---|
| Trial Deadline | 03/29/2002 | Deadline Status | Deadline active since return date | Status Date | 04/06/2001 |
| | | Custody Status | Souza-Baranowski Correctional Center | Start Date | 02/18/2004 |
| Weapon | Miscellaneous | Substance | Class A | Prior Record | Unknown |
| Arraignment | 03/29/2001 | PTC Deadline | 06/27/2001 | Pro Se Defendant | No |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 02/01/2001 | 265:015B:b | Plea of not guilty | 03/29/2001 |
| | Assault, dangerous weapon | | | |
| 2 | 02/12/2001 | 266:018.2 | Plea of not guilty | 03/29/2001 |
| | Break & enter dwelling house in day time | | | |
| 3 | 02/12/2001 | 266:030 | Plea of not guilty | 03/29/2001 |
| | Larceny; general provisions and penalties | | | |
| 4 | 02/15/2001 | 265:021A.1 | Plea of not guilty | 03/29/2001 |
| | Assault, confinement, etc. of person for purpose of stealing MV | | | |
| 5 | 02/15/2001 | 090:023 | Plea of not guilty | 03/29/2001 |
| | Operate MV after license revocation/suspension | | | |
| 6 | 02/15/2001 | 090:024:2a.1 | Plea of not guilty | 03/29/2001 |
| | Operate MV recklessly/negligently, endangerment | | | |
| 7 | 02/15/2001 | 266:016.1 | Plea of not guilty | 03/29/2001 |
| | Break & enter at night, intent to commit felony | | | |
| 8 | 02/15/2001 | 265:018C.1 | Plea of not guilty | 03/29/2001 |
| | Home invasion | | | |
| 9 | 02/16/2001 | 090:023 | Plea of not guilty | 03/29/2001 |
| | Operate MV after license revocation/suspension | | | |
| 10 | 02/16/2001 | 090:024:2a.1 | Plea of not guilty | 03/29/2001 |
| | Operate MV recklessly/negligently, endangerment | | | |
| 11 | 02/16/2001 | 265:018:b.2 | Plea of not guilty | 03/29/2001 |
| | Assault, armed, intent to murder | | | |
| 12 | 02/16/2001 | 265:015A:b | Plea of not guilty | 03/29/2001 |
| | Assault & battery, dangerous weapon | | | |
| 13 | 02/17/2001 | 269:010:a | Plea of not guilty | 03/29/2001 |
| | Dang weapon, possess gun, no license, on person/in MV | | | |
| 14 | 02/17/2001 | 269:010:a | Plea of not guilty | 03/29/2001 |
| | Dang weapon, possess gun, no license, on person/in MV | | | |
| 15 | 02/17/2001 | 269:010:h.1 | Plea of not guilty | 03/29/2001 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | |
| 16 | 02/17/2001 | 094C:034.1 | Plea of not guilty | 03/29/2001 |
| | Controlled substnc, possess | | | |

## SUCR2001-10249
## Commonwealth v Glawson, Richard

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 17 | 02/17/2001 | 266:060 | Plea of not guilty | 03/29/2001 |
|  | Stolen goods, buy/receive/conceal | | | |
| 18 | 02/17/2001 | 266:016.1 | Plea of not guilty | 03/29/2001 |
|  | Break & enter at night, intent to commit felony | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 03/27/2001

**District Atty's Office 558146**
Daniel J Hourihan
Plymouth County District Attorney's Office
32 Belmont Street
PO Box 1665
Brockton, MA 02303
Phone: 508-584-8120
Fax: 508-586-3578
Inactive 01/16/2004

**District Atty's Office 629205**
Cory Flashner
Suffolk County District Atty's Office
1 Bulfinch Place
3rd floor
Boston, MA 02114-2997
Phone: 617-619-4000
Fax: 617-619-4210
Active 01/16/2004 Notify

**Defendant**
Richard Glawson
MCI Shirley
PO Box 800
Shirley, MA 01464
DOB: 10/14/1966
Gender: Male
Active 03/27/2001

**Public Counsel 386780**
Geoffrey Packard
Mass Public Counsel Services (Cambridge)
189 Cambridge Street
Cambridge, MA 02141-1206
Phone: 617-868-3300
Fax: 617-868-0421
Withdrawn 06/12/2001

**Public Counsel 072750**
Nancy J Caplan
Mass Public Counsel Services (Boston)
44 Bromfield Street
Suite 310-A
Boston, MA 02108
Phone: 617-482-6212
Fax: 617-988-8495
Withdrawn 06/12/2001

01-10249-013

INDICTMENT

Possession of Firearm, Not Home/Work, No License
C. 269, §10 (a)
Habitual Criminal

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord one thousand nine hundred and ninety-nine.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 17, 2001, did unlawfully and knowingly have in his possession, a firearm as defined by G.L. c. 140, § 121, that is, a weapon from which a bullet could be discharged and of which the length of the barrel was less than sixteen inches, the said RICHARD GLAWSON not being present in his residence or place of business, not having in effect a license to carry firearms issued under G.L. c. 140, § 131 or 131F, and not complying with the provisions of G.L. c. 140, § 129c and 131g.

01-10249-014
INDICTMENT

Possession of Firearm, Not Home/Work, No License
C. 269, §10 (a)
Armed Career Criminal
M.G.L. Ch.269, § 10G

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord one thousand nine hundred and ninety-nine.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 17, 2001, did unlawfully and knowingly have in his possession, a firearm as defined by G.L. c. 140, § 121, that is, a weapon from which a bullet could be discharged and of which the length of the barrel was less than sixteen inches, the said RICHARD GLAWSON not being present in his residence or place of business, not having in effect a license to carry firearms issued under G.L. c. 140, § 131 or 131F, and not complying with the provisions of G.L. c. 140, § 129c and 131g.

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 17, 2001, did own, possess or transfer possession of ammunition without complying with the requirements relating to the firearm identification card provided for in G.L. c. 140, § 129C.

A TRUE BILL

_Assistant District Attorney_    _Foreman of the Grand Jury_

Superior Court Department - Criminal Business          March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_Clerk Of Court_

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court