UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD GLAWSON            )
    Plaintiff,             )
                           )
v.                         )   C.A. No. 04-12199-MLW
                           )
ROBERT KEATON,             )
WILLIAM R. KEATON,         )
ROBERT C. COSGROVE, and    )
P. CASEY,                  )
    Defendants.            )

MEMORANDUM AND ORDER

WOLF, D.J.                                          May 23, 2007

The complaint in the above-entitled action was filed on October 15, 2004. As of this date there has been no return to the Court of proof of service of the summons and complaint to any remaining parties, as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice, in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

/s/      MARK L. WOLF
UNITED STATES DISTRICT JUDGE