(original copy)

United States District court
for Massachusetts

Boston                                    C.A. 1:04-12199

FILED
IN CLERKS OFFICE
2007 MAY 31  P 5: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

Richard Glawson (Plaintiff)
V.
Robert Keaton (et; AL) respondants

Judge Wolf,
 I filed a motion to compell the defendants Attorney A.A.G. Suzzanne Reardon to turn over the respondants residential addresses 2 months Ago and I am awaiting for you to order the respondants attorney to turn over the respondents addresses so I can make service.

I Look forward to your response

date 5/29/07

Richard Glawson
[signature]
P.O. Box 100
S. Walpole, Ma. 02071