04-12199

To Clerks for U.S. Marshall service
John Joseph Moakley Bldg
1 courthouse way
Boston, Mass. 02210

FILED
IN CLERKS OFFICE

2007 JUN -5 P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: U.S. Marshall services form for Summonsses
& U.S. District court summonses

Dear Clerk, Susan Jenness
　　Please mail me 3 U.S. District court summonsses and 3 U.S. marshall services forms at the address provided below thank you.

date 5/30/07

Sincerely Yours
Richard Glawson W82380
P.O. Box 100
S. Walpole, Ma. 02071