United States District Court
for Massachusetts

Richard Glawson

Vs.

Robert Keaton (Et, Al) (Respondants)

C.A. 1; 04 CV 12199 MLW

FILED
CLERKS OFFICE
2007 JUN 14 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**Plaintiffs motion to make service via 1st class mail**

1. The plaintiff hereby moves this court to Allow him to make summons service on respondants by way of 1st class mail.
2. As reasons for;
3. The plaintiff sent out the U.S. Marshall to make service on the respondants and were only able to find 1 respondant.
4. The plaintiff has tried to obtain the residential addresses from Respondent Attorney A.A.G. Suzanne Reardon who defiantly refuses to adhere to the rules of Discovery.

   Wherefore this motion should be Allowed

Date _____                Richard Glawson

C.C. File                           _____
C. A.A.G. Suzanne Reardon           P.O. Box 100
                                    S. Walpole, Ma. 02071