UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RICHARD GLAWSON**
            **Plaintiff**

            V.                        CIVIL ACTION
                                      NO. 04-12199-MLW

**ROBERT KEATON, WILLIAM KEATON AND P. CASEY**
            **Defendant**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated June 29, 2007, in the above-referenced action, DISMISSING the case.

It is hereby ORDERED:

Judgment for the Defendants.

                                              By the Court,

**June 29, 2007**                                /s/ Dennis O'Leary
    Date                                            Deputy Clerk

(judge-dis.wpd - 12/98)                                                               [jgm.]