United States district court
District of Massachusetts

Richard Glawson
(Plaintiff)

Vs.

Robert & William Keaton
Peter Casey. (Respondant)

FILED
IN CLERKS OFFICE
E.A. 04-12199-MLW
2007 JUL 10 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Notice of Appeal

Pursuant to Fed. R. App. P. The plaintiff hereby gives notice of his intent to appeal the Judgement dated 6-29-07 by (Wolf J) dismissing the plaintiff's action numbered and named title above.

date 7/4/07

Richard Glawson
*Richard Glawson* (signature)
P.O. Box 100
S. Walpole, Mass. 02071