UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 10 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD GLAWSON )
    Plaintiff, )
     )
v. )   C.A. No.
     )
ROBERT KEATON, )
WILLIAM R. KEATON, )
ROBERT C. COSGROVE, and )
P. CASEY, )
    Defendants. )

ORDER

WOLF, D.J.                                                            June 29, 2007

    On May 23, 2007, this court issued an Order that the above-entitled action would be dismissed without prejudice if plaintiff did not, within 20 days, file proof of service or show good cause why service had not been made. To date plaintiff has not complied with the order. Accordingly, this case is hereby DISMISSED without prejudice.

                                                  /s/     MARK L. WOLF
                                                  UNITED STATES DISTRICT JUDGE

