09-12199
USDC/MA
WolF,M

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2198

RICHARD D. GLAWSON,

Plaintiff - Appellant,

v.

ROBERT KEATON; ROBERT C. COSGROVE; WILLIAM R. KEATON;
PETER CASEY,

Defendants - Appellees.

**JUDGMENT**

Entered: October 10, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that
this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/10/07

By_____

Appeals Attorney

[cc: Richard D. Glawson]